UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| SARAH DEPAUL | ) CHAPTER 13 CASE NO.  07-21188 |
| | ) |
| DEBTOR | ) |

**NOTICE FOR DEPOSIT OF FUNDS
INTO U. S. TREASURY FUND 106000**

    Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $8.00 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtor's case was completed in May 2010 and a refund check was sent to the Debtor in the amount of $8.00 in June 2010.
3. To date the check remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $8.00 into U.S. Treasury Fund 106000 on behalf of  Debtor, Sarah DePaul, whose last known address was 1803 Roosevelt Road, Valparaiso, IN 46383.

/s/   **Paul R. Chael**
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing Notice was sent electronically on October 25, 2010 to the attorney for the debtor and the United States Trustee.

/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015